**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | 1:02-CV-109-1 (WLS) |
| AMERICAN CYANAMID, ET. AL., | : | |
| Defendants. | : | |

**ORDER**

Pending before the Court are numerous motions filed by Defendant Olin Corporation ("Olin") or other motions related to claims or defense made by Olin filed by other parties to this litigation. (Docs. 275, 307, 334, 340, 342). The United States filed a notice of partial settlement relating to all the claims it has asserted against Olin in this litigation. (Doc. 515). Also, pending is the United States' motion to approve the above referenced settlement. (Doc. 516).

The United States' motion to approve the settlement agreement between the United States, Olin and others referenced in the agreement, (Doc. 516) is **GRANTED.** The Court has signed the submitted settlement agreements and they are made, by reference, a part of this ORDER. Third Party Defendant United States Steel's motion for summary judgment on the claims asserted against it by Olin (Doc. 275) is **GRANTED.** As to the remaining motions, (1) the United States' partial motion for summary judgment as to Olin's liability (Doc. 307); (2) Olin's motion for summary judgment as to the statute of limitations (Doc. 334); (3) Olin's motion for summary judgment on the issue of arranger liability (Doc. 340); and, Olin's motion for summary judgment as to liability (Doc. 342), are **DENIED as moot**.

**SO ORDERED**, this  4th  day of August, 2006.

  /s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**